UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

v.

Linda M Parisi, in her individual and representative capacity as Trustee, Parisi Trust;
Pete Andy Cornejo Jr., dba La Mex Taqueria; and DOES 1-10,

    Defendants.

Case: 2:13-CV-01091-MCE-EFB

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. (ECF No. 13.) The court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

Dated: October 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1